Civil Action No. **2:26-CV-06087-AS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for MINDLANCE, INC., A NEW JERSEY CORPORATION was received by me on August 11, 2026.

Documents: **SEE ATTACHED LIST**

Service Address: **1095 Morris Ave Unit 1**
**Union, NJ 070837169**

☐ I personally served the above documents on the individual at (address) on (date/time)

☑ I left the summons with Dhruv Chokshi - VP, Authorized to Accept, a person of suitable age and discretion on, 8/12/2026, and mailed a copy to the address where it was served (SEE ATTACHED MAILING)

☑ I served the summons to **JENNIFER VOLK - AGENT**, who is designated by law to accept service of process on behalf of **MINDLANCE, INC., A NEW JERSEY CORPORATION** on **August 12, 2026 9:31 AM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ 342.50 for services, for a total of $ 342.50

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Date: **August 12, 2026**

*Server's signature*

*Additional information regarding attempted service, etc:*
8/12/2026 -- 9:31 AM Agent not in or available.
1095 Morris Ave Unit 1, Union, NJ 070837169

Gregory Duke
*Printed name and title*
*REG # N/A, County of N/A*

674 County Square Drive, Suite 107, Ventura, CA 93003
*Server's Address*

VN238112

**Commercial Process Serving, Inc.**
674 County Square Drive, Suite 107
Ventura, CA 93003
Phone: (805) 650-9291 Fax: (805) 658-8170

Continued from Proof of Service

**CLIENT:** Bradley/Grombacher, LLP

**CLIENT FILE #:** LANEICE D. CHEATUM **DATE:** August 12, 2026

**SUBJECT:** MINDLANCE, INC., A NEW JERSEY CORPORATION

**SERVED:** Dhruv Chokshi - VP, Authorized to Accept

**Summons; Defendant Health Care Service Corporation's Notice of Removal; Certificate of Service; Declaratin of Christy Sidler In Support of Deft's Notice of Removal; Declaratin of Sawyer C. Stephens In Support of Deft's Notice of Removal; Exhibits; Civil Cover Sheet; Defendant's Corporate Disclosure Statement; Defendant's Certification of Interested Entitites or Persons; Notice of Case Assignment to a U.S. Magistrate Judge and Declination of Consent; Civil Minutes; Defendant's Answer to Plaintiff's Class Action Complaint;**

| | |
|---|---|
| Attorney or Party without Attorney:<br>Marcus J. Bradley, SBN: 174156<br>Bradley/Grombacher, LLP<br>31355 Oak Crest Dr Ste 210<br>Westlake Village, CA 913614686<br>TELEPHONE No.: (805) 270-7100 FAX No. (Optional): (805) 270-7589 E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff LANEICE D. CHEATUM<br>Ref No. or File No.: LANEICE D. CHEATUM | FOR COURT USE ONLY |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - CENTRAL DISTRICT | |
| Plaintiff: LANEICE D. CHEATUM<br>Defendant: MINDLANCE, INC., A NEW JERSEY CORPORATION, ET AL. | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:26-CV-06087-AS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Defendant Health Care Service Corporation's Notice of Removal; Certificate of Service; Declaratin of Christy Sidler In Support of Deft's Notice of Removal; Declaratin of Sawyer C. Stephens In Support of Deft's Notice of Removal; Exhibits; Civil Cover Sheet; Defendant's Corporate Disclosure Statement; Defendant's Certification of Interested Entitites or Persons; Notice of Case Assignment to a U.S. Magistrate Judge and Declination of Consent; Civil Minutes; Defendant's Answer to Plaintiff's Class Action Complaint;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at VENTURA, California, addressed as follows:

    a. Date of Mailing: August 12, 2026
    b. Place of Mailing: VENTURA, CA
    c. Addressed as follows: MINDLANCE, INC., A NEW JERSEY CORPORATION
    ATTENTION: JENNIFER VOLK - AGENT
    1095 Morris Ave Unit 1
    Union, NJ 07083-7169

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at VENTURA, California in the ordinary course of business.

Fee for Service: **$ 342.50**

**Commercial Process Serving, Inc.**
**674 County Square Drive, Suite 107**
**Ventura, CA 93003**
**(805) 650-9291**
**Ref: LANEICE D. CHEATUM**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 12, 2026.**

Signature: ______________________

**Juan Carlos Gamino**

**PROOF OF SERVICE BY MAIL**

**Order#: VN238112/mailproof**

**4D AGENCY LLC**
67 MONROE AVE
ROSELAND, NJ 07068

**INVOICE: 16587861**
Issued: Aug 12, 2026
Sent to: CARLOS GAMINO

PAID

**COMMERICAL PROCESS SERVING, INC.**
CARLOS GAMINO

**PAY TO:**
**4D AGENCY LLC**
**67 MONROE AVE**
**ROSELAND, NJ 07068**

| | | | |
|---|---|---|---|
| **Case:** | 26STCV13642 | **Plaintiff / Petitioner:** | LANEICE D. CHEATUM |
| **Job:** | 16587861 (VN238112) | **Defendant / Respondent:** | MINDLANCE, INC. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Routine Service Z0ne 1 | 3- 5 Day Service | $60.00 | 1 | $60.00 |
| PRINTING | PRINTING | $0.15 | 123 | $18.45 |

| Payment | Description | Amount Paid |
|---|---|---|
| Aug 12, 2026 | admin@comproserve.net Paid Online<br>Payment ID: ch_3U3gtyEn4lSmqghg1vjSfxGo | ($78.45) |

Thanks for your business. Please pay the "Balance Due" within 21 days.

Total: $78.45
Amount Paid: ($78.45)
**Balance Due: $0.00**